**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO.  17-00045-KD |
| | * |
| **JESSICA MICHELLE POLK** | * |

**POSITION OF DEFENDANT
WITH RESPECT TO SENTENCING FACTORS**

COMES NOW Defendant Jessica M. Polk ("Ms. Polk"), by and through undersigned counsel, and in accordance with the Court's Standing Order dated December 23, 2003, files his position regarding the sentencing factors contained in the Presentence Investigation Report ("PSI") and states as follows:

1. Ms. Polk asserts no objections to the calculation of the Criminal Offense Level, his Criminal History computation, or the Advisory Sentencing Guideline range computation in the PSI. However, Defendant submits the following observations and elaborative statements regarding certain portions of the PSI.

2. With regards to ¶¶ 4 through 27 of the PSI involving "The Offense Conduct", Ms. Polk's involvement in the criminal conduct is confined to ¶¶ 10-12 and 27 of the PSI with the remaining paragraphs devoted to her five (5) co-Defendants and their respective roles in the conspiracy

3. With regards to her problems with substance abuse discussed in ¶¶ 73 and 74 of the PSI, Ms. Polk admits that she is in dire need of substance abuse treatment and would benefit from such a treatment program. In fact, prior to being charged with the offenses the basis of this prosecution, Ms. Polk initiated contact with law enforcement to provide information useful in the

prosecution of this action and sought out substance abuse treatment at that time. Accordingly, Ms. Polk requests that the Court recommend her for substance abuse treatment through programs offered by the Bureau of Prisons as part of her sentence.

4. Finally, with regards to ¶¶79 and 80 of the PSI, Ms. Polk asks that the Court give her credit for time served while in custody of the State of Florida from August 29, 2016 to present, pursuant to §5C1.3(b)(1) of the Federal Sentencing Guidelines. The timeframe of the drug conspiracy to which Ms. Polk plead guilty was from early 2015 continuing into late December 2016. The Florida state charge referenced in ¶80 of the PSI (described more fully in ¶55 of the PSI) is a drug charge, the same drug (methamphetamine) which was being distributed in the conspiracy charge before the Court. Accordingly, the Florida state drug charge is "related" to the conspiracy charge and Ms. Polk respectively requests that the Court adjust her sentence by reducing it by the time she has served in state custody from August 29, 2016 to present.

5. Defense counsel has conferred Ms. Vick H. Elmore, U.S. Probation Officer who authored the PSR, in a good faith effort to resolve the objections and the disputed matters raised herein without success.

WHEREFORE, the premises considered, the Advisory Sentencing Guidelines for Defendant's sentence based on a Total Offense Level of 35 with a Criminal History Category of III is the sentencing range of imprisonment from 210-262 months **without** considering a §5K1.1 Motion and/or Rule 35 Motion to be filed by the Assistant U. S. Attorney should Defendant provide "substantial assistance" to the Government.

Further, Ms. Polk requests that she receive credit for the time she has served from August 26, 2015 to present pursuant to §5C1.3(b)(1) of the Federal Sentencing Guidelines.

Respectfully submitted,

**/s/ CHRIST N. COUMANIS**
coumanis@c-ylaw.com
CHRIST N. COUMANIS (COUMC1593)
Attorney for Defendant Jessica M. Polk

OF COUNSEL:

COUMANIS & YORK, P.C.
Post Office Box 2627
Daphne, Alabama 36526
Phone: 251.990.3083 – Daphne
Fax:    251.928.8665

Mobile:
Post Office Box 1646
Mobile, Alabama 36633

## CERTIFICATE OF SERVICE

I do hereby certify that I have on October 4, 2017 electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, and request the Court to serve the same electronically on the U.S. Attorneys and all counsel and parties of record in this matter.

\S\ **CHRIST N. COUMANIS**
CHRIST N. COUMANIS (COUMC1593)