**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **v.** | * | **Criminal No. 16-00045-KD** |
| | * | |
| **JEFFERY MASON BAISCH** | * | |

**GOVERNMENT'S POSITION RELATING TO THE**
**PRESENTENCE INVESTIGATION REPORT AND GUIDELINE FACTORS**

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and responds to the presentence investigation report and guideline calculations therein as follows:

The United States has no objections to the presentence investigation report filed herein and adopts the application and determination of sentencing factors and the guidelines calculations therein

WHEREFORE, the Government files its response to the presentence investigation report and the guideline computations contained therein.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: *s/Gloria A. Bedwell*
Gloria A. Bedwell (BEDWG1000)
Assistant United States Attorney
Bedwg1000
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251)441-5131 (fax)
(251)441-5845

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the attorney for the defendant and the U.S. Probation Officer.

*s/Gloria A. Bedwell*
Gloria A. Bedwell
Assistant United States Attorney
