# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 17-00045-KD |
| | * | |
| **JEFFERY BAISCH** | * | |

## GOVERNMENT'S MOTION TO POSTPONE SENTENCING

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, Southern Division, and moves the Honorable Court to postpone the sentencing hearing in the above-styled case and as grounds therefor states as follows:

1. The defendant is scheduled to be sentenced on May 3, 2019 at 1:30 p.m. The defendant and the Government have entered into a plea agreement which requires that the defendant cooperate with the Government in its ongoing and current investigation of others. The defendant has not yet completed his cooperation.

2. It is in the best interest of the Government and the defendant that each enjoy the benefit of the plea agreement, and a postponement of the presently-set sentencing date of May 3, 2019, for a period of 90 days, will allow the Government to provide the Court with the extent of the defendant's cooperation.

3. The defendant's counsel has been contacted and has no objection to this motion to postpone sentencing.

WHEREFORE, the United States requests the above-captioned defendant's sentencing date be postponed for a period of 90 days.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: *s/Gloria A. Bedwell*
Gloria A. Bedwell (BEDWG1000)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama    36602
Telephone: (251) 441-5845
Facsimile:   (251) 441-5277
E-mail: gloria.bedwell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney for the defendant.

*s/Gloria A. Bedwell*
Gloria A. Bedwell
Assistant United States Attorney